1
2
3
4
5
6
7
8
9
10              IN THE UNITED STATES DISTRICT COURT
11            FOR THE EASTERN DISTRICT OF CALIFORNIA
12

**LUIS ALBERTO MARTINEZ,**                    CIV S-02-0159 DFL GGH P

                                    Petitioner,

        **v.**                                **ORDER**

**RICHARD KIRKLAND,Warden and JEANNE S.**
**WOODFORD, Acting Secretary, California**
**Department of Corrections and Rehabilitation,**

                                    Respondent.

19
20          GOOD CAUSE APPEARING,  Respondent's request for enlargement of time to
21  file response to Petitioner's second amended petition for writ of habeas corpus is GRANTED to
22  May 26, 2006.
23  Dated: 4/25/06                    /s/ Gregory G. Hollows
24                                    _____
25                                    Gregory G. Hollows
                                      United States Magistrate Judge
26
27  mart159.eot
28