DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
LUIS ALBERTO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LUIS ALBERTO MARTINEZ, | ) | |
|---|---|---|
| | ) | No. CV S-02-0159 DFL GGH |
| Petitioner, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOSEPH MCGRATH, Warden, et al | ) | |
| Respondent. | ) | |

      Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Krista Hart shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 5/17/06

/s/ Gregory G. Hollows

_____
United States Magistrate Judge

mart159.sub