IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ,

     Petitioner,               No. CIV S-02-0159 DFL GGH P

   vs.

JOE McGRATH, et al.,

     Respondent.       <u>ORDER</u>

_____/

        Good cause appearing, IT IS HEREBY ORDERED that respondent's June 7, 2006, request for a sealing order with respect to the probation report is granted.

DATED:   6/21/06

                        /s/ Gregory G. Hollows

                    _____
                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

ggh:kj
mart159.seal

1