IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ,

    Petitioner,               No. CIV S-02-0159 DFL GGH P

    vs.

JOE McGRATH, et al.,

    Respondents.           ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 26, 2006 request for an extension of time is granted; and

        2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED:7/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
mart0159.111