IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ,

    Petitioner,         No. CIV S-02-0159 DFL GGH P

  vs.

JOE McGRATH, et al.,

    Respondents.      ORDER
_____/

    Petitioner has filed a second request for an extension of time to file and serve a reply. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's August 30, 2006 second request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply.

DATED: 9/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mart0159.111(2)