IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ,

    Petitioner,               No. CIV S-02-0159 DFL GGH P

    vs.

JOE McGRATH, et al.,

    Respondents.          ORDER

_____/

        On September 7, 2006, the court granted petitioner's second request for extension of time to file a reply. The court ordered petitioner's reply due within thirty days. Pending before the court is petitioner's third request for an extension of time to file a reply. Petitioner requests another thirty day extension. Petitioner has not shown good cause to grant this third request.

        Accordingly, IT IS HEREBY ORDERED that petitioner's October 11, 2006, third request for an extension of time is denied; petitioner's reply is due within ten days of the date of this order.

DATED: 10/30/06

/s/ Gregory G. Hollows

mart0159.111(3)                        GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE