1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LUIS ALBERTO MARTINEZ,

11          Petitioner,                        No. CIV S-02-0159 DFL GGH P

12       vs.

13   JOE McGRATH, et al.,

14          Respondents.                       ORDER

15   _____/

16          Petitioner has filed his fourth request for an extension of time to file a reply.  On

17   November 26, 2006, petitioner filed his reply.  On October 30, 2006, the court denied petitioner's

18   third request for extension to file a reply because it was not well supported.  The court will grant

19   the instant request because it is well supported, unopposed, and petitioner has filed the reply.

20          Accordingly, IT IS HEREBY ORDERED that petitioner's November 16, 2006

21   request for an extension of time to file a reply is granted; the reply filed November 26, 2006, is

22   deemed timely filed.

23   DATED: 11/28/06

24                                             /s/ Gregory G. Hollows

   mart0159.111sec

25                                             GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE
26