IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ,

    Petitioner,                   No. CIV S-02-0159 RRB GGH P

    vs.

JOSEPH McGRATH, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner represented by counsel has requested an additional 20 days in which to file objections to the November 21, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 11, 2007 request for an extension of time is granted; and

        2. Petitioner shall file objections to the findings and recommendations on or before January 2, 2008.

DATED: 12/19/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mart0159.111