IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MARTINEZ,

    Petitioner,                    No. CIV S 02-0159 RRB GGH P

    vs.

JOSEPH McGRATH, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file objections to the court's findings and recommendations filed November 21, 2007.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's January 2, 2008, request for an extension of time is granted; and

        2. Petitioner's objections are due on or before January 7, 2008.

DATED: 01/08/08

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE